Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**BRYAN BORROR,**

Debtor(s).

Case No. 10-16495-B-7

DC No. JES-2

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: November 9, 2010
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on June 9, 2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is photography equipment valued at $7,000 which the debtor has claimed exempt as a "tool of the trade." Trustee filed a timely objection to the claimed

exemption.

5. The trustee has obtained an offer from the debtor, Bryan Borror, to purchase said asset(s), for the sum of $2,000 (the amount agreed to by the parties in excess of available exemption), for net cash to the estate. To be paid in ten installments of $200 each, commencing November 1, 2010. The first installment of $200, has been received by the estate and is awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtor, Bryan Borror.

DATED: 10/5/10

JAMES E. SALVEN,
Movant